# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| AMERICA FIRST LEGACY PAC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANGIE WONG,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 3:24-cv-20 |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Defendant's Motion for Judgment on the Pleadings, and having granted said Motion, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Newnan, Georgia, this 5th day of March, 2024.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　_s/ D. Barfield_____
　　　　　　　　　　　　　　　　　　D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 5, 2024
Kevin P. Weimer
Clerk of Court

By:　_s/ D. Barfield_____
　　　　Deputy Clerk